CREDITOR
Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P. O. Box 13528
Austin, TX 78711

Dallas County Tax Office
500 Elm Street
Records Building
Dallas, TX 75202

Geary Porter & Donovan, P.C.
16475 Dallas Parkway
Suite 400
Addison, TX 75001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Special Procedures Staff
Mail Code 5027DAL
1100 Commerce, Room 9B8
Dallas, TX 75242

Linebarger Goggan Blair & Sampson
2323 Bryan Street
Suite 1600
Attn:  Laurie Huffman
Dallas, TX 75201

Mark Andrews
Cox Smith Matthews, Inc.
1201 Elm Street, Suite 3300
Dallas, TX 75270

Regis Property Management
1800 Valley View Lane
Suite 200
Dallas, TX 75234

RMR Investments
212 S. Palm Avenue
Suite 200
Alhambra, CA 91801

Texas Attorney General
1412 Main Street
Suite 810
Dallas, TX 75202

VMC Landscaping
2433 Merrell Road
Dallas, TX 75229